URGENT

Name: Ariel Bagalue

FILED
IN CLERKS OFFICE
2026 NOV 13 P 12:02
U.S. DISTRICT COURT
DISTRICT OF MASS.

Case Number: 1:26-cr-10196-DJC-1
2:23 CR00302-03

MOTION

For Request to Seal Case Record

I am writing to formally request a motion to seal my case record to prevent it from negatively impacting my current and future employment opportunities.

I am actively applying for jobs and the visibility of this public record is creating a significant barrier to my securing employment.

I have been successfully completing all court-ordered requirements, paying all associated restitution, and maintained a clean record since this incident. sealing this record will allow me to pass standard employment background checks and successfully move forward with employment.

Please let me know if I need to provide any required documentation.

Thank you for your time and consideration.

Sincerely,

Ariel Bagalue

Request to Seal Case Record

I am writing to formally request a motion to seal my case record to prevent a disproportionately harmful impact to my career and future employment opportunities.

I am actively applying for jobs and the visibility of this public record is creating a significant barrier to my securing employment.

I have been successfully completing all court-ordered requirements, paying all associated restitution, and maintaining a clean record since this incident. Sealing this record will allow me to [illegible] [illegible] and successfully move forward with employment.

Please let me know if I need to provide any additional documentation.

Thank you for your time and consideration.

Sincerely,

[illegible signature]

[illegible]

1:26-cr-10196-[illegible]

[illegible]